IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 20 2019
ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　CRIMINAL NO. 3:19cr178 HTW

GLENDA MARIBEL REYNOSO-JUAREZ　　　18 U.S.C. § 911
a/k/a Glenda Reynosa-Juarez　　　　　　　18 U.S.C. § 1546(a)
a/k/a Jessica Vela　　　　　　　　　　　　42 U.S.C. § 408(a)(7)(B)

**The Grand Jury charges:**

## COUNT 1

On or about January 10, 2019, in Scott County, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **GLENDA MARIBEL REYNOSO-JUAREZ a/k/a Glenda Reynosa-Juarez a/k/a Jessica Vela**, an alien in the United States, falsely and willfully represented herself to be a citizen of the United States.

All in violation of Title 18, United States Code, Section 911.

## COUNT 2

On or about January 10, 2019, in Scott County, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **GLENDA MARIBEL REYNOSO-JUAREZ a/k/a Glenda Reynosa-Juarez a/k/a Jessica Vela**, aided and abetted by others known and unknown to the Grand Jury, did knowingly possess, utter, use and attempt to use a document prescribed by statute and regulation for evidence of authorized stay or employment in the United States, that is a Social Security Card, which card the defendant knew to be forged, counterfeited, altered, and falsely made.

All in violation of Title 18, United States Code, Sections 1546(a) and 2.

## COUNT 3

On or about January 10, 2019, in Scott County, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **GLENDA MARIBEL REYNOSO-JUAREZ a/k/a Glenda Reynosa-Juarez a/k/a Jessica Vela**, for the purpose of obtaining for herself and any other person anything of value from any person, and for any other purpose, did,

with intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to her, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to her.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses.  Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Section 982(a)(6).

D. MICHAEL HURST, JR.
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this, the __20th__ day of August, 2019.

UNITED STATES MAGISTRATE JUDGE

2