# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES OF AMERICA**

**v.**                                              **CRIMINAL NO. 3:19-CR-178-HTW-LRA**

**GLENDA MARIBEL REYNOSO-JUAREZ**

## JOINT STATUS REPORT

1. **What is the Defendant's Primary language?**

   - For the Government: The Government defers to defense.

   - For the Defendant: The Defendant speaks and understands Spanish.

2. **Where is the Defendant currently housed?**

   - For the Government: Government agrees with defense's response.

   - For the Defendant: The Defendant is currently being held in ICE custody at the LaSalle Detention Facility in Jena, Louisiana.

3. **Are the parties prepared to go to trial? If not, why not?**

   - For the Government: The Government is ready to proceed to trial.

   - For the Defendant: The Defendant filed a notice of intent to plead guilty and therefore is not prepared to go to trial.

4. **Is the Defendant intending on entering a plea of guilty or a guilty plea combined with an expedited sentencing hearing? If so, the parties must contact the Court jointly to schedule a change of plea hearing immediately.**

   - For the Government: The Government concurs with defense's recommendation of a plea and expedited sentencing hearing.

- For the Defendant: The Defendant filed a notice of intent to plead (docket entry no. 20) and wishes to combine the change of plea hearing with an expedited sentencing hearing.

5. **What motions are outstanding? List motions and a brief synopsis.**

    - For the Government: None

    - For the Defendant: There are no pending motions.

6. **How long will the trial last? How many witnesses is each side intending on calling?**

    - For the Government: 3-4 days, the Government expects to call no more than 6 witnesses.

    - For the Defendant: Defense will defer to the Government's estimated trial length and does not anticipate on calling any witnesses at this time.

7. **By the parties' estimation, how many days remain on the defendant's Speedy Trial Act clock?**

    - For the Government: 50 days remain as of September 26th.

    - For the Defendant: Defense agrees with the Government's estimate.

**RESPECTFULLY SUBMITTED**, this the 26th day of September, 2019.

By: /s/*Omodare B. Jupiter*
Omodare B. Jupiter, MB# 102054
Federal Public Defender
Northern and Southern Districts of Mississippi
200 South Lamar Street, Suite 200-N
Jackson, Mississippi 39201
Telephone: 601-948-4284
Facsimile: 601-948-5510
Email: Omodare_jupiter@fd.org

AGREED:

Lynn Murray
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I, Omodare B. Jupiter, do hereby certify that on the 26th day of September, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties of record.

                                                                   */s/Omodare B. Jupiter*
                                                                   Omodare B. Jupiter
                                                                   Federal Public Defender